114 F.3d 1171
 Kelley Troy Cooley
v.
Edward T. Brennan, Superintendent, Miller, Maj., Car, Capt.,
Dipasque, Lt., M.A.J. Weyers, Ortoski, Dr., Baker, Dr.,
Randall, R.N., T. Hickey, R.N., Pratts, C.O., Nieswonger,
Lt., Hametz, H.U.M., Marquartz, Deputy
 NO. 96-3406
 United States Court of Appeals,
Third Circuit.
 Apr 29, 1997
 
 Appeal From: W.D.Pa. ,No.95-cv-00061 ,
 McLaughlin, J.
 
 
 1
 Affirmed.